IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00305-M-RN

| | |
|---|---|
| EXPRESS GENE LLC D/B/A EXPRESS GENE MOLECULAR DIAGNOSTICS LABORATORY, <br><br> PLAINTIFF <br><br> v. <br><br> TECAN US, INC. <br><br> DEFENDANT | **AMENDED NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Eduardo Ayala Maura, Esq. hereby enters a notice of special appearance as attorney for Express Gene LLC d/b/a Express Gene Molecular Diagnostics Laboratory in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, W. Ellis Boyle, Esq..

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: July 17, 2023

                                        Respectfully submitted,

                                        Eduardo A. Maura, Esq.

                                        */s/ Eduardo A. Maura*
                                            Eduardo A. Maura, Esq.
                                            **Ayala Law, P.A.**
                                            2490 Coral Way, Ste 401
                                            Miami, FL 33145
                                            (305) 570-2208
                                            eduardo@ayalalawpa.com
                                            Florida Bar No. 91303
                                            Attorney for Plaintiff

        <u>/s/ W. Ellis Boyle</u>
        W. Ellis Boyle
        Ward and Smith, P.A.
        Post Office Box 33009
        Raleigh, NC 27636-3009
        Telephone: 919.277.9100
        Fax: 919. 277.9177
        Email: weboyle@wardandsmith.com
        N.C. Bar No.: 33826
        Local Civil Rule 83.1(d) Attorney for Plaintiff